1  DAVID I. DALBY (SBN: 114750)
   ddalby@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone:   415-362-6000
4  Facsimile:   415-834-9070

5  Attorneys for Defendant
   TARGET NATIONAL BANK
6

7

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| CELESTE LANDINI, | ) Case No.: CV13-01458 PSG |
| Plaintiff, | ) REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER |
| vs. | |
| TARGET NATIONAL BANK, a FDIC insured corporation and DOES 1 through 100 inclusive, | ) Date: April 30, 2013 ) Time: 10:00 a.m. ) Courtroom 5 |
| Defendants. | |

The undersigned counsel of record for defendant, TARGET NATIONAL BANK ("defendant"), hereby respectfully requests the Court's permission to participate by telephone in the Case Management Conference scheduled for April 30, 2013 at 10:00 a.m. The basis of this request is that counsel's office is located in San Francisco, California and telephonic participation in the Case Management Conference would eliminate the expenditure of time and resources involved in travel to and from San Jose. For the convenience of the Court and parties, the undersigned will appear by calling from (415) 263-8111, or if the Court prefers, counsel will coordinate a toll-free conference call

1

1  number for use in conducting the Case Management Conference if the requested relief is
2  granted.
3  DATED:  April 23, 2013                  Respectfully Submitted,
4                                          HINSHAW & CULBERTSON LLP
5
6                                          By:      /S/   David I. Dalby
                                               David I. Dalby
7                                              Attorneys for Defendant
                                               TARGET NATIONAL BANK
8  IT IS SO ORDERED
9
10 DATED: April 24, 2013
                                           _____
11                                         U.S. MAGISTRATE JUDGE

28
                                        2
REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED]
                                       ORDER, CASE NO. CV13-01458 PSG
                                                      3259650v1  0944425