DAVID I. DALBY (SBN: 114750)
ddalby@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
TARGET NATIONAL BANK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CELESTE LANDINI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET NATIONAL BANK, a FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No.: CV13-01458 PSG<br><br>REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER<br><br>Date:  April 30, 2013<br>Time:  10:00 a.m.<br>Courtroom 5 |

　　　　The undersigned counsel of record for defendant, TARGET NATIONAL BANK ("defendant"), hereby respectfully requests the Court's permission to participate by telephone in the Case Management Conference scheduled for April 30, 2013 at 10:00 a.m.  The basis of this request is that counsel's office is located in San Francisco, California and telephonic participation in the Case Management Conference would eliminate the expenditure of time and resources involved in travel to and from San Jose.  For the convenience of the Court and parties, the undersigned will appear by calling from (415) 263-8111, or if the Court prefers, counsel will coordinate a toll-free conference call

1

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER, CASE NO. CV13-01458 PSG
3259650v1 0944425

1  number for use in conducting the Case Management Conference if the requested relief is
2  granted.

3  DATED: April 23, 2013                    Respectfully Submitted,

4                                            HINSHAW & CULBERTSON LLP

6                                            By:      /S/   David I. Dalby
                                                  David I. Dalby
7                                                 Attorneys for Defendant
                                                  TARGET NATIONAL BANK
8  IT IS SO ORDERED

10  DATED: April 24, 2013

                                             U.S. MAGISTRATE JUDGE

                                   2
REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED]
                                    ORDER, CASE NO. CV13-01458 PSG
                                                   3259650v1  0944425